

1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9

10  IN RE:                          )   SW-F-036 SMS
                                    )   SW-F-037 SMS
11  SEARCH WARRANTS AUTHORIZED ON)     SW-F-038 SMS
                                    )   SW-F-039 SMS
12  2810 Tahoe Drive, Merced, CA;)     SW-F-040 SMS
                                    )   SW-F-041 SMS
13  2232 Lobo Avenue, Merced, CA )     SW-F-042 SMS
                                    )
14  3512 W. Highway 140, Merced, )     APPLICATION TO UNSEAL SEARCH AND
15  CA;                             )   SEIZURE WARRANTS, APPLICATIONS,
                                    )   AND AFFIDAVITS, AND SUPPORTING
16  1135 Martin Luther King, Jr.  )    MEMORANDUM
    Way, Merced, CA;                )
17                                  )
    One 2003 Chevrolet Avalanche,)
18  California License # 7D28291;)
                                    )
19  One 2001 GMC Sierra 6R58878;  )
                                    )
20  One 1999 Honda Odyssey         )
    4RHX993.                        )
21  _____ )

22

23       The United States of America hereby applies to this Court for

24  an order unsealing the search and seizure warrants, applications,

25  and affidavits in the above-captioned proceeding.

26       This motion is based on the fact that there is no longer a

27  need to keep these items sealed since the investigation resulted

28  in the arrests and the prosecution of defendants in United States

                                    1

1 | <u>v. Sergio Reynol Padilla, et al.</u>, 1:06-cr-0059 AWI.

2 | Dated: April 17, 2007                    Respectfully submitted,

3 |                                          McGREGOR W. SCOTT
    |                                          United States Attorney

4 |

5 |                              By:  *Karen Escobar*

6 |                                          KAREN A. ESCOBAR
    |                                          Assistant U.S. Attorney

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |



FILED

APR 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8                                    1:06
   IN RE:                        )    SW-F-036 SMS
9                                )    SW-F-037 SMS
   SEARCH WARRANTS AUTHORIZED ON )    SW-F-038 SMS
10                               )    SW-F-039 SMS
   2810 Tahoe Drive, Merced, CA; )    SW-F-040 SMS
11                               )    SW-F-041 SMS
   2232 Lobo Avenue, Merced, CA  )    SW-F-042 SMS
12                               )
   3512 W. Highway 140, Merced,  )    ORDER TO UNSEAL SEARCH AND
13 CA;                           )    SEIZURE WARRANTS, APPLICATIONS,
                                 )    AND AFFIDAVITS, AND SUPPORTING
14 1135 Martin Luther King, Jr.  )    MEMORANDUM
   Way, Merced, CA;              )
15                               )
   One 2003 Chevrolet Avalanche, )
16 California License # 7D28291; )
                                 )
17 One 2001 GMC Sierra 6R58878;  )
                                 )
18 One 1999 Honda Odyssey        )
   4RHX993.                      )
19 _____)

20

21       Having considered the government's application to unseal the

22 search and seizure warrants, applications, and affidavits in the

23 above-captioned proceeding,

24       IT IS HEREBY ORDERED that the search and seizure warrants,

25 applications, and affidavits shall be UNSEALED.

26 Dated: April 17, 2007

27                                   SANDRA M. SNYDER
                                     U.S. Magistrate Judge
28

                                1